# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

UNITED STATES OF AMERICA f/b/o
FRANCIS H. MARONEY, INC.
V.

ROADS CORPORATION and UNITED
STATES FIDELITY AND GUARANTY COMPANY

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 05 11054 RGS

TO: (Name and address of Defendant)

ROADS CORPORATION
241 TREBLE COVE ROAD
N. BILLERICA, MA 01862

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

EMANUEL N. BARDANIS, ESQUIRE
CORWIN & CORWIN LLP
ONE WASHINGTON MALL
BOSTON, MA 02108

an answer to the complaint which is herewith served upon you, within ___23___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

DATE  MAY 19 2005

(By) DEPUTY CLERK