UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


UNITED STATES, f/b/o FRANCIS H. MARONEY, INC.
    Plaintiff

        v.                             CIVIL ACTION NO. 05CV11054-RGS

ROADS CORPORATION
    Defendant

<u>SETTLEMENT ORDER OF DISMISSAL</u>

STEARNS, DJ.                                  SEPTEMBER 30, 2005

      THE COURT HAVING BEEN ADVISED BY COUNSEL THAT THE ABOVE-ENTITLED ACTION  HAS SETTLED:

      IT IS HEREBY ORDERED THAT THIS ACTION BE DISMISSED WITHOUT COSTS AND WITHOUT PREJUDICE TO THE RIGHT OF ANY PARTY, UPON GOOD CAUSE SHOWN, TO RESTORE  THIS  ACTION TO THE DOCKET  WITHIN  60  DAYS  IF  SETTLEMENT  IS  NOT CONSUMMATED.

      SO ORDERED.

                                RICHARD G. STEARNS
                                UNITED STATES DISTRICT JUDGE


           BY:

                    /s/ Mary  H. Johnson
                    Deputy Clerk

DATED: 9-30-05