UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 NOV 29 P 12: 25
U.S. DISTRICT COURT
DISTRICT OF MASS.

NO. 05-11054-RGS

| | |
|---|---|
| UNITED STATES OF AMERICA f/b/o FRANCIS H. MARONEY, INC., <br>    Plaintiff <br><br> v. <br><br> ROADS CORPORATION, and <br> UNITED STATES FIDELITY AND <br> GUARANTY COMPANY, <br>    Defendants | JOINT MOTION TO EXTEND NISI <br> ORDER PERIOD BY SIXTY DAYS |

    The parties jointly move to extend the Nisi Order in this case by an additional sixty days in order to finalize their settlement. As grounds, the parties state that a written agreement has been prepared but not yet fully executed. The parties further state that the final payment under that agreement is to be made in mid-December, and that the case should remain open until that occurs. No party will be prejudiced by the requested extension.

_____
EMANUEL N. BARDANIS
*Attorney for Plaintiff*
B.B.O. #634104
Corwin & Corwin LLP
One Washington Mall
Boston, MA 02108
(617) 742-3420

_____
DAVID T. KEENAN /SNB
*Attorney for Defendants*
B.B.O. #567325
Quinlan & Sadowski, P.C.
11 Vanderbilt Avenue, Suite 250
Norwood, MA 02062
(781) 440-9909

Dated:   November 29, 2005