UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA f/b/o<br>FRANCIS H. MARONEY, INC., a<br>Massachusetts corporation with a principal<br>place of business in Haverhill, Essex County,<br>　　　　　　　　　Plaintiff<br><br>v.<br><br>ROADS CORPORATION, a Massachusetts<br>corporation with a principal place of business<br>in North Billerica, Middlesex County; and<br>UNITED STATES FIDELITY AND<br>GUARANTY COMPANY, a Maryland<br>surety company registered to do business in<br>Massachusetts, with a place of business in<br>Quincy, Norfolk County,<br>　　　　　　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION<br>NO. 05-11054 RGS |

## STIPULATION OF DISMISSAL

**NOW COME** the Parties before this Honorable Court pursuant to Federal Rules of Civil

Procedure 41 (a)(1)(ii) hereby stipulate that the above captioned matter, including all claims, cross-

claims, counter-claims and third party claims is dismissed with prejudice and without costs.

All rights of appeal are hereby waived.

Plaintiff Francis H. Maroney, Inc.
By its attorneys,

_____
Edwin J. Fremder BBO#
Emanuel N. Bardanis BBO# 634104
Corwin & Corwin LLP
One Washington Mall
Boston, MA  02108
(617) 742-3420

Dated: 12/20/05

Defendants Roads Corporation and
United States Fidelity & Guaranty Co.
By their attorneys,

_____          Dated: 12/19/05
Edward J. Quinlan, Esquire, BBO# 409060
David T. Keenan, Esquire, BBO# 567325
Quinlan & Sadowski, P.C.
11 Vanderbilt Avenue, Suite 105
Norwood, MA   02062-5056
(781) 440-9909